[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 14-14899
Non-Argument Calendar

_____

D.C. Docket No. 1:13-cr-00013-WLS-TQL-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

THOMAS W. FAIRCLOTH,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

(May 12, 2016)

Before TJOFLAT, HULL and JILL PRYOR, Circuit Judges.

PER CURIAM:

Jonathan Dodson, appointed counsel for Thomas Faircloth in this direct

criminal appeal, has filed a motion to withdraw from further representation of the

appellant and filed a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Faircloth's conviction and sentence are **AFFIRMED**.